IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ELGENE LUCZON DE-AMOR, | ) | CV 15-00469 HG-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL SEABRIGHT, HER WOMAN WITH HIM, AND DAVID EZRA, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 8)

Findings and Recommendation having been filed and served on all parties on November 13, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation That the District Court Dismiss the Complaint with Prejudice and Deny Plaintiff's Application to Proceed Without Prepaying Fees or Costs (ECF No. 8) are adopted as the opinion and order of this Court.

Dated: December 8, 2015, Honolulu, Hawaii.

IT IS SO ORDERED.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge